# Court of Appeals
# of the State of Georgia

ATLANTA,   May 18, 2016

*The Court of Appeals hereby passes the following order:*

**A16A1569.   SABRINA CALLAHAN v. DEUTSCHE BANK NATIONAL TRUST COMPANY.**

Deutsche Bank National Trust Company brought this civil action against Sabrina Callahan.  On December 23, 2014, the trial court granted summary judgment to Deutsche Bank.  Callahan filed a motion to vacate judgment, which the trial court denied.  On February 17, 2016, Callahan filed a notice of appeal to this Court.  We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days of the entry of the order sought to be appealed. OCGA § 5-6-38 (a). "The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon an appellate court." (Citation and punctuation omitted.) *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012). Instead of filing a timely notice of appeal from the trial court's December 2014 summary judgment order, Callahan filed a motion to vacate judgment, which was in substance a motion for reconsideration. But the denial of a motion for reconsideration is not directly appealable, and the filing of such a motion does not extend the time for filing an appeal.  See *Bell v. Cohran*, 244 Ga. App. 510,

511 (536 SE2d 187) (2000); *Savage v. Newsome*, 173 Ga. App. 271 (326 SE2d 5) (1985). Because Callahan failed to file a notice of appeal within 30 days of the entry of the appealable judgment entered against her, this untimely appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*   05/18/2016
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*